IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WALTER COOPER**                                                  **PLAINTIFF**

**V.**                              **CIVIL ACTION NO.: 1:08-CV-168-SA-JAD**

**AIG CLAIM SERVICES, INC., MS TRUCKING
ASSOCIATION INSURANCE AGENCY, INC.
ROYAL TRUCKING COMPANY AND SOUTHWIRE
COMPANY AND JOHN DOES 1-10 and other unknown
defendants**                                                  **DEFENDANTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1)      the Plaintiff's Motion to Remand [15] is **GRANTED**.

(2)      This cause of action is **REMANDED** to the Circuit Court of Clay County, Mississippi;

(3)      therefore, this case is **CLOSED**.

**SO ORDERED** this the 5th day of February 2009.

                                                        **/s/ Sharion Aycock**
                                                        **UNITED STATES DISTRICT JUDGE**